FILED
2019 Oct-11 PM 02:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| TIFFANY ASHLEY; CHARLES RICHARD CORRY; and BULLHEADED, LLC D/B/A THE BULLPEN STEAKHOUSE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TYSON FARMS, INC. d/b/a RIVER VALLEY INGREDIANTS; JASON SPANN; HYDRASERVICE, INC. and JASPER WATER WORKS AND SEWER BOARD, INC., <br><br> Defendants. | Case No. 5:19-cv-01180 <br><br> Magistrate Judge Herman N. Johnson, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Come now, Tom Burgess, a member in good standing of the Alabama Bar who is admitted to practice before this Court, in accordance with Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, moves for the admission *pro hac vice* of Albert Bower to appear counsel on behalf of Defendant, JASPER WATERWORKS AND SEWER BOARD, INC., in the above-styled case only.

1. Albert Bower is an attorney with SmithAmundsen LLC, 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601. A Declaration of Albert Bower is attached hereto as **Exhibit A**.

2. Mr. Bower an active member in good standing and currently eligible to practice law in the following jurisdictions:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Illinois Supreme Court | November 7, 2002 | 6277162 |
| Michigan Supreme Court | October 16, 2013 | P77461 |
| U.S. District Court for the Northern District of Illinois | December 19, 2002 | 6277162 |
| U.S. District Court for the Central District of Illinois | February 11, 2003 | 6277162 |
| U.S. District Court for the Southern District of Illinois | April 25, 2005 | 6277162 |
| U.S. District Court for the Western District of Michigan | October 7, 2013 | P77461 |
| U.S. District Court for the Eastern District of Wisconsin | December 1, 2004 | 6277162 |
| U.S. Court of Appeals 7th Circuit | October 7, 2004 | 6277162 |
| U.S. Court of Appeals 6th Circuit | May 26, 2015 | 6277162 |
| U.S. Court of Appeals 9th Circuit | January 15, 2016 | 6277162 |

3. Albert Bower is familiar with the Local Rules of the Northern District of Alabama and the Alabama Rules of Professional Conduct

5.	In accordance with the local rules of this Court, payment of $75.00 will be submitted on this same date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, this Court is respectfully requested to enter an Order granting the admission *pro hac vice* of attorney, Albert Bower, in this action.

Respectfully submitted,

*/s/ Tom Burgess*

BURGESS ROBERTS LLC
Tom Burgess (ASB–0554–s78j)
Scott M. Roberts (ASB–5018–s71s)
2017 Morris Avenue, Suite 100
Birmingham, Alabama 35203
Tel: (205) 870–8611
tburgess@burgessroberts.com
sroberts@burgessroberts.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing Generated by CM/ECF.

| For Plaintiffs:<br><br>Dennis E. Goldasich, Jr.<br>Joshua M. Vick<br>GOLDASICH & ASSOCIATES LLC<br>2100 3rd Avenue North, Ste. 700<br>Birmingham, AL 35203<br>dennis@golaw.net<br>josh@golaw.net<br><br>Robert O. Bryan<br>NELSON BRYAN & JONES<br>P O Box 2309<br>Jasper, AL 35502<br>bob@nelsonbryanjones.com<br><br>For Defendant Jason Spann:<br>James L. Noles, Jr.<br>Spencer M. Taylor<br>Barze Taylor Noles Lowther, LLC<br>Lakeshore Park Plaza<br>2204 Lakeshore Drive, Ste 330<br>Birmingham, AL 35209<br>jnoles@btnllaw.com<br>staylor@btnllaw.com | For Defendant Tyson Farms, Inc.<br><br>Edward S. Sledge, IV<br>Michael R. Pennington<br>Bradley Arant Boult Cummings, LLP<br>1819 Fifth avenue North<br>Birmingham, AL 35203<br>esledge@bradley.com<br>mpennington@bradley.com<br><br>For Defendant HydraService, Inc.<br><br>Bryan O. Balogh<br>R. Frank Springfield<br>Burr & Forman, LLP<br>420 North 20th Street, Ste 3400<br>Birmingham, AL 35203<br>bbalogh@burr.com<br>fspringfield@burr.com |

*/s/   Tom Burgess*
OF COUNSEL