FILED
2019 Dec-20  PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **TIFFANY ASHLEY** ) <br> **CHARLES RICHARD CORRY; and** ) <br> **BULLHEADED, LLC d/b/a** ) <br> **THE BULLPEN STEAKHOUSE,** ) <br> individually and on behalf of all ) <br> others similarly situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **TYSON FARMS, INC. d/b/a** ) <br> **RIVER VALLEY INGREDIENTS;** ) <br> **JASON SPANN;** ) <br> **HYDRA SERVICE, INC. and** ) <br> **JASPER WATER WORKS AND** ) <br> **SEWER BOARD, INC.** ) <br> ) <br>     Defendants. ) | Civil Action No.: 5:19-cv-01180 <br><br> **OPPOSED** |

### DEFENDANT JASON SPANN'S JOINDER IN DEFENDANT TYSON FARMS, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE

Defendant Jason Spann respectfully joins in seeking the relief sought in the Reply in Support of Defendant Tyson Farms, Inc.'s Motion to Strike filed by Defendant Tyson Farms, Inc. ("Tyson") on December 20, 2019 (Doc. 48).

DATED:  December 20, 2019

Respectfully submitted,

*/s/ James L. Noles, Jr.*
One of the Attorneys for Defendant,
Jason Spann

1

**OF COUNSEL**:

James L. Noles, Jr. (ASB-0572-L63J)
Spencer M. Taylor (ASB-1663-O59S)
Lisa McCrary (ASB-1436-Y00R)
BARZE TAYLOR NOLES LOWTHER LLC
Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 330
Birmingham, Alabama  35209
Phone:	(205) 872-1032
Fax:	(205) 872-0339
Email:	jnoles@btnllaw.com
	staylor@btnllaw.com
	lmccrary@btnllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2019, I filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ James L. Noles, Jr.*
One of the Attorneys for Defendant Jason Spann